```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA JIMENEZ, on behalf of Emily Morel,   :   07 Civ. 9914 (SHS)

                Plaintiff,   :

        -against-   :   ORDER

MICHAEL J. ASTRUE, Commissioner of Social   :
Security,
                :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On March 26, 2008, this Court entered an Order directing the plaintiff to serve the summons and complaint in this action on or before April 18, 2008, or show good cause, in writing, why such service has not been made or this action would be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). As of today, no response to the March 26 Order has been submitted and the Court's records indicate that no proof of service of the summons and complaint has been filed. Accordingly,

      IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 21, 2008

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.